AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-CV-02390-AT-JKL

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for **LEXISNEXIS RISK SOLUTIONS c/o C T CORPORATION SYSTEM** was recieved by me on **8/02/2023**:

- ☐ I personally served the summons on the individual at *(place)* on *(date)*; or

- ☐ I left the summons at the individual's residence or usual place of abode with *(name)*, a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

- ☒ I served the summons on **Jayne Richardson, SOP**, who is designated by law to accept service of process on behalf of **LEXISNEXIS RISK SOLUTIONS c/o C T CORPORATION SYSTEM** at **289 Culver Street South, Lawrenceville, GA 30046** on **08/04/2023** at **10:48 AM**; or

- ☐ I returned the summons unexecuted because ; or

- ☐ Other *(specify)*

My fees are $ 0 for travel and $ 63.50 for services, for a total of $ 63.50.

I declare under penalty of perjury that this information is true.

Date: **AUG - 4 2023**

Server's signature

**Marsha Lausman**
Printed name and title

3769 Tupelo Trail
Auburn, GA 30011

Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Jayne Richardson, SOP who identified themselves as the person authorized to accept with identity confirmed by subject saying yes when named. The individual accepted service with direct delivery. The individual appeared to be a blonde-haired white female contact 55-65 years of age, 6'0"-6'2" tall and weighing 200-240 lbs with glasses.




Tracking #: 0111588093