## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

DAVID ANDREW BERO,

      *Plaintiff*,

v.

EQUIFAX INFORMATION
SERVICES, LLC, et al.,

      *Defendants*.

Case No. 1:23-cv-02390-AT-JKL

## DEFENDANT LEXISNEXIS RISK SOLUTIONS INC.'S CERTIFICATE OF INTERESTED PERSONS AND
## <u>CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.3, Defendant LexisNexis Risk Solutions Inc. ("LexisNexis Risk") hereby submits this Certificate of Interested Persons and Corporate Disclosure Statement:

**(1) The undersigned counsel of record for LexisNexis Risk certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

    a.  The parties to this action are David Andrew Bero as the plaintiff and LexisNexis Risk Solutions Inc. and Equifax Information Services, LLC and as the defendants.

b.  Defendant LexisNexis Risk states that it is not a publicly owned company, nor does it own ten percent or more of the stock of any publicly owned company.  LexisNexis Risk Solutions Inc. is a wholly owned subsidiary of LexisNexis Risk Holdings Inc.  LexisNexis Risk Holdings Inc. is a wholly owned subsidiary of RELX Inc.  RELX Inc. is a wholly owned subsidiary of RELX Overseas Holdings Limited.  RELX Overseas Holdings Limited is a wholly owned subsidiary of RELX (Holdings) Limited.  RELX (Holdings) Limited is a wholly owned subsidiary of RELX Group plc, which is owned by RELX PLC (LSE: REL; NYSE: RELX).

**(2)** **The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

LexisNexis Risk is not aware of other entities or persons, other than those identified herein, that have a financial interest that could be substantially affected by the outcome of this case.

2

(3)    The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties, including proposed intervenors, in this proceeding:

a.  For Plaintiff:

Joseph P. McClelland
JOSEPH P. MCCLELLAND, LLC
Georgia Bar No. 483407
235 East Ponce de Leon Avenue
Decatur, GA 30030
Telephone: (770) 775-0938
Email: joseph@jacksonlaws.com

b.  For LexisNexis Risk Solutions Inc.:

William J. Repko III
Georgia Bar No. 301797
James F. McCabe (*pro hac vice forthcoming*)
Alston & Bird LLP
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: (404) 881-7683
Email: jim.mccabe@alston.com
      jay.repko@alston.com

c.  For Equifax Information Services, LLC:

Unknown at this time.

Respectfully submitted this 25th day of August, 2023.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## <u>CERTIFICATE OF COMPLIANCE</u>

Pursuant to Local Rules 5.1(B) and 7.1(D), I hereby certify that the foregoing filing complies with the applicable font and size requirements and is formatted in Times New Roman, 14-point font.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com

ALSTON & BIRD LLP
1201 West Peachtree Street
Atlanta, GA 30309-3424
Telephone: (404) 881-7683

*Attorney for Defendant*
*LexisNexis Risk Solutions Inc.*

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that on August 25, 2023, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system which will automatically send an email notification of such filing to all attorneys of record.

/s/ William J. Repko III
WILLIAM J. REPKO III
Georgia Bar No. 301797
jay.repko@alston.com