IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DAVID ANDREW BERO,<br><br>Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC; and LEXISNEXIS RISK SOLUTIONS,<br><br>Defendants. | Civil Action No.:<br><br>1:23-cv-02390-AT-JKL<br><br>Plaintiff's Initial Disclosures |

## CERTIFICATE OF SERVICE

I, Joseph P. McClelland, hereby state that on September 19, 2023, I electronically filed the foregoing document with the Clerk of the Court using the ECF system, which will send notification of such filing to the attorneys of record.

By: <u>/s/Joseph P. McClelland</u>
Joseph P. McClelland, Esq.
Georgia Bar No.: 483407

## CERTIFICATION OF FONT

I hereby certify that the foregoing document has been prepared in 14-point Times New Roman font and complies with LR 5.1(B), N.D. Ga.

By: */s/Joseph P. McClelland*
Joseph P. McClelland, Esq.