IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| David Andrew Bero,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, LEXISNEXIS RISK SOLUTIONS, INC.<br><br>    Defendants. | Case No. 1:23-cv-02390-AT-JKL |

**DEFENDANT EQUIFAX INFORMATION SERVICES LLC'S
CERTIFICATE OF INTERESTED PERSONS AND
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Defendant Equifax Information Services LLC ("Equifax") by and through its undersigned counsel, makes the following disclosure pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.3 of the Northern District of Georgia:

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:

- David Andrew Bero (Plaintiff)

- Equifax Information Services LLC (Defendant)

1

- LexisNexis Risk Solutions, Inc. (Defendant)

Equifax Information Services LLC is a wholly-owned subsidiary of Equifax Inc., which is a publicly traded company on the NYSE. No other entity owns more than 10% of its stock.

(2) A complete list of other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

Equifax Information Services LLC and Equifax Inc.

(3) A complete list of each person serving as a lawyer in this proceeding.

- Joseph Powell McClelland, III (Counsel for Plaintiff)
  Joseph P. McClelland, LLC
  235 East Ponce de Leon Avenue, Suite 215
  Decatur, GA 30030

- N. Charles Campbell (Counsel for Defendant Equifax Information Services LLC)
  1550 Peachtree Street
  Atlanta, GA 30309

Respectfully submitted this 27th day of September, 2023.

**EQUIFAX INFORMATION SERVICES LLC**

*/s/ N. Charles Campbell*
N. Charles Campbell

Ga. Bar No. 210929
*charles.campbell@equifax.com*
Legal Counsel - Litigation
Equifax Legal Department
1550 Peachtree Street
Atlanta, Georgia  30309
Ph. 404-885-8066

*Counsel for Equifax Information Services LLC*